JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ORTIZ, | ) Case No. CV 11-580-DMG (SP) |
| Petitioner, | ) |
| vs. | ) **JUDGMENT** |
| LINDA SANDERS, Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Re: Dismissal of Habeas Corpus Petition for Failure to Prosecute and Mootness,

IT IS HEREBY ADJUDGED that the petition is denied and this action is dismissed without prejudice.

Dated:   August 22, 2011

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1